# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00154-CR

**Frank Henderson Brown, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT
### NO. D-1-DC-14-200998, HONORABLE CLIFFORD A. BROWN, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The reporter's record in this cause was originally due April 5, 2015. On the court reporter's requests, the deadline for filing the reporter's record was extended to October 23. The reporter has now submitted a fourth request asking that the Court extend the time for filing the reporter's record to November 30. We grant court reporter Kimberly Lee's request and order her to file the reporter's record no later than November 30. No further extensions will be granted, and failure to comply with this order will result in Ms. Lee being required to appear before this Court and show cause why she should not be held in contempt and have sanctions imposed.

It is so ordered November 6, 2015.

Before Justices Puryear, Goodwin, and Bourland

Do Not Publish